NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL L. KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Rachel.Kent@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

EDWARD Y. MYONG,

        Defendant.

Case No. 2:21-cr-00064-GMN-NJK

**CRIMINAL INFORMATION**

**COUNT 1: CAUSING A FIRE OTHER THAN A CAMPFIRE, 43 CFR § 9212.1(a)**

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
*Causing a Fire other than a Campfire*
(43 CFR § 9212.1(a))

On or about December 9, 2020, in the State and Federal District of Nevada, within lands administered by the Bureau of Land Management, **EDWARD Y. MYONG**, defendant herein, caused a fire other than a campfire, which is prohibited, to wit: **EDWARD Y. MYONG** discharged a firearm that started a fire which spread to approximately 3 acres of vegetation on public lands, and the resulting

///

///

///

///

1  fire caused various fire personnel to respond and suppress the fire costing approximately $1,164.12
2  in fire suppression; all in violation of Title 43, Code of Federal Regulations, Section 9212.1(a).
3
4
5                                        NICHOLAS TRUTANICH
                                         United States Attorney
6
7                                        */s/ Rachel Kent*
                                         RACHEL KENT
8                                        Special Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2